MELANIE A. HILL, ESQ.
NV Bar # 8796
Law Office of Melanie Hill
9345 W. Sunset Road, Suite 100
Las Vegas, Nevada 89148
Tel: (702) 362-9500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
Attorney for Defendant Arturo Garcia-Gamboa

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARTURO GARCIA-GAMBOA,<br><br>Defendant | CASE NO.: **2:14-cr-00141-GMN-CWH -3** |

### CORRECTED JOINT MOTION TO ALLOW DEFENDANT ARTURO GARCIA-GAMBOA TO WITHDRAW HIS GUILTY PLEA

The defendant, Arturo Garcia-Gamboa, by and through appointed counsel, Melanie Hill, and the United States of America, by and through counsel, Robert Knief, jointly move the Court to Allow Mr. Garcia-Gamboa to withdraw his guilty plea entered on March 28, 2016 in the interest of justice. Thereafter, the United States of America will move to dismiss the Indictment against Mr. Garcia-Gamboa.

Federal Rule of Criminal Procedure 11(d)(2)(B) provides:

> A defendant may withdraw a plea of guilty or nolo contendere after the court accepts the plea, but before it imposes sentence if the defendant can show a fair and just reason for requesting the withdrawal.

Fed. R. Crim. P. 11(d)(2)(B).

Here, the Government has agreed to jointly move to allow the Defendant to withdraw his guilty plea in the interest of justice. Based of this joint motion, the parties respectfully request that

1

the Court enter an Order allowing Mr. Garcia-Gamboa to withdraw his guilty plea and strike his Plea Agreement [Dkt 138] from the docket.

DATED this 19th day of April, 2016.

| LAW OFFICE OF MELANIE HILL | DANIEL G. BOGDEN<br>United States of America |
|---|---|
| */s/ Melanie A. Hill*<br>By: _____<br>Melanie A. Hill<br>Attorney for Defendant Arturo Garcia-Gamboa | */s/ Robert Knief*<br>By: _____<br>Assistant United States Attorney<br>Attorney for the United States of America |

# [PROPOSED] ORDER

Based on the Corrected Joint Motion to Allow Defendant Garcia-Gamboa to Withdraw his Guilty Plea and pursuant to Federal Rule of Criminal Procedure 11(d)(2)(B), the Court finds that it in the interest of justice to allow Defendant Garcia-Gamboa to withdraw his guilty plea entered on March 28, 2016.  Finding that the parties have jointly shown a fair and just reason for requesting the withdrawal pursuant to Federal Rule of Criminal Procedure 11(d)(2)(B),

IT IS HEREBY ORDERED that Defendant Garcia-Gamboa's guilty plea entered on March 28, 2016 is hereby WITHDRAWN.

IT IS FURTHER ORDERED that Defendant Garcia-Gamboa's Plea Agreement [Dkt 138] is hereby STRICKEN.

Dated this __21__ day of April, 2016.

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of April, 2016, I electronically filed this CORRECTED JOINT MOTION TO ALLOW DEFENDANT ARTURO GARCIA-GAMBOA TO WITHDRAW HIS GUILTY PLEA with the Clerk of Court using the CM/ECF system, which will cause the document to be served upon the following counsel:

| | |
|---|---|
| Dustin R. Marcello | dustin.fumolaw@gmail.com, kristine.fumolaw@gmail.com |
| Margaret M Stanish | MStanish@wswlawlv.com, WSW@wswlawlv.com |
| Melanie A Hill | Melanie@MelanieHillLaw.com, kristinsmith23@gmail.com, tom@melaniehilllaw.com |
| Raquel Lazo | Raquel_Lazo@fd.org, brandon_thomas@fd.org, ecf_vegas@fd.org |
| Robert Knief | Robert.Knief@usdoj.gov, caseview.ecf@usdoj.gov, Christie.M.Sequeira@usdoj.gov, christie.m.sequeira@usdoj.gov, denise.cope@usdoj.gov, USANV.team3@usdoj.gov |
| Brian James Smith | brian@bjsmithcriminaldefense.com, bridget@grassodefense.com, chris@grassodefense.com, mj@grassodefense.com, tannia@grassodefense.com |
| Gabriel L Grasso | gabriel@grassodefense.com, bridget@grassodefense.com, chris@grassodefense.com, mj@grassodefense.com |

/s/ Melanie A. Hill
An Employee of Law Office of Melanie Hill