DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROBERT A. KNIEF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-141-GMN-CWH |
| Plaintiff, | |
| vs. | **GOVERNMENT'S MOTION TO DISMISS INDICTMENT** |
| ARTURO GARCIA-GAMBOA, | |
| Defendants. | |

Plaintiff United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and ROBERT A. KNIEF, Assistant United States Attorney, brings the following motion to dismiss the indictment.

Pursuant to Fed. R. Crim. P. 48(a), the government moves for the dismissal of the indictment filed in this matter on April 16, 2014 as to defendant Arturo Garcia-Gamboa. Dated this 28th day of April 2016.   Respectfully submitted,

DANIEL G. BOGDEN,
United States Attorney

/s/ Robert A. Knief
_____
ROBERT A. KNIEF
Assistant United States Attorney

**IT IS SO ORDERED.**
**DATED** this 30 day of April, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court

## CERTIFICATE OF ELECTRONIC SERVICE

This is to certify that the undersigned has served counsel for Defendant's with the foregoing by means of electronic filing.

*/s/ Robert A. Knief*

_____
ROBERT A. KNIEF
Assistant United States Attorney